**Order entered July 8, 2021**



**In The**
## Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-21-00348-CV

**VISTA BANK, Appellant**

**V.**

**NELEZER, INC., Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-21-02535**

### ORDER

Before the Court is appellee's July 6, 2021 motion for an extension of time to file its brief on the merits. We **GRANT** the motion and extend the time to **July 27, 2021**.

/s/    KEN MOLBERG
         JUSTICE